# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 7, 2008

Charles R. Fulbruge III
Clerk

No. 06-30721
Summary Calendar

THOMAS DELOR,

Plaintiff-Appellant,

v.

INTERCOSMOS MEDIA GROUP, INC.,
Doing Business as DirectNIC.com,

Defendant-Appellee.

Appeal from the United States District Court
for the Eastern District of Louisiana
No. 2:04-CV-3262

Before SMITH, GARZA, and SOUTHWICK, Circuit Judges..
PER CURIAM:[*]

Appellant describes the only issue on appeal as "[w]hether the President
of the New Orleans Trial Bar Association is fit to preside in a pro se litigant

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

case." The district court denied appellant's motion to disqualify the judge on the ground complained of.

The appeal of that order is plainly frivolous and, accordingly, is DISMISSED. See 5TH CIR. R. 42.2. Appellee's motion for sanctions under FED. R. APP. P. 38 is GRANTED. Appellant is assessed double costs on appeal plus attorney's fees of $1,500. Appellee's actual reasonable attorney's fees may be in excess of that amount, but we have the latitude to assess costs in a lesser amount. Appellant is warned that further vexatious or meritless filings in this court or the district court can result in additional sanctions.